# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert Robinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:18-cv-633-AMQ |
| Mrs. Hilton, John Doe | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable A. Marvin Quattlebaum, Jr., United States District Judge. The court adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date: July 30, 2018                                  *CLERK OF COURT*

                                                    s/Debbie Stokes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*